709 A.2d 198

IN THE MATTER OF FRANCIS X. GAVIN,
AN ATTORNEY AT LAW.

May 6, 1998.

## ORDER

The Disciplinary Review Board on March 6, 1998, having filed with the Court its decision concluding that **FRANCIS X. GAVIN** of **HACKETTSTOWN,** who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **FRANCIS X. GAVIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.